IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10796
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUANN FREEMAN,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:98-CR-8-1
- - - - - - - - - -

April 15, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:*

Luann Freeman appeals the sentence imposed following her conviction for misapplication of bank funds, making false entries, and mail fraud, in violation of 18 U.S.C. §§ 656, 1005, and 1341. She argues that the district court erred in imposing a two-level vulnerable-victim enhancement, pursuant to U.S.S.G. § 3A1.1(b), and a two-level enhancement for abuse of a position of trust, pursuant to § 3B1.3.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We have reviewed the record and the briefs submitted by the parties and conclude that the district court did not err in assessing either enhancement.  See United States v. Robinson, 119 F.3d 1205, 1218 (5th Cir. 1997), cert. denied, 118 S. Ct. 1104 (1998)(upholding vulnerable-victim enhancement); United States v. Fisher, 7 F.3d 69, 70 (5th Cir. 1993)(upholding enhancement for abuse of a position of trust).

AFFIRMED.